**From:** Robins, Sally Jo (srobins)
**Sent:** Tuesday, April 24, 2012 8:45 AM
**To:** White, Maureen (mwhite)
**Subject:** inactivate memo

Good morning! Happy Tuesday!
I was wondering if you would please send a reminder memo to the centers @ inactivating accounts timely and for the correct date.
I have been having to do alot of reminding over the past few months, mostly verbal but some via email, on the subject and honestly it is becoming a distraction.
I have tried to keep track to see if there was a commonality by area or center and honestly it is all of the centers.
Some examples include the following centers:
61-16
40-27
45-12
72-16,
72-25
45-14
36-16
42-11

It seems they are inactivating the but not until the equipment is actually p/u and sometimes they use the p/u date and not the date they called for the p/u and/or were discharged.
I do try to prevent overbilling by invalidating the CMN but sometimes the over billing may have already occurred and it seems like the backtracking and refunding is getting more time consuming than usual. So much so that me team is complaining @ it again. I know we complain @ many things but this one is hopefully preventable.
please advise

Thank you
Have an Awesome day!

[Handwritten note: 4/25/12 mw would not respond to email except to call me.]

SallyJo Robins
Patient Account Supervisor
716-564-2081 EXT. 127
Have a nice day!

04/24/2012