UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> SALLYJO ROBINS, KATHLEEN DUNLAP, ) <br> GERMANO LIMA, and ROBERTO ) <br> RABASSA, ) <br> ) <br>     Plaintiffs-Relators, ) <br> ) <br> v. ) <br> ) <br> LINCARE INC. and ) <br> LINCARE HOLDINGS, INC., ) <br> ) <br>     Defendants. ) | Civil Action No. 1:10-cv-12256-DPW |

**JOINT STATUS REPORT**

Pursuant to the Court's Order at the Status Conference held on February 15, 2017, Plaintiff-Relators SallyJo Robins, Kathleen Dunlap, Germano Lima, and Roberto Rabassa (collectively, the "Relators") and Defendants Lincare Inc. and Lincare Holdings Inc. (collectively, "Lincare") submit the following joint status report.

The Parties have circulated a draft of a written Settlement Agreement and have provided each other several rounds of edits and comments on the draft Agreement. The Parties continue to negotiate the details of the Settlement Agreement. The Parties also continue to negotiate the terms of the settlement with the United States.

The Parties request that the Court stay this case for an additional thirty (30) days to allow the Parties and the United States additional time to finalize these negotiations. The Parties have conferred with the United States Attorney's Office and the United States assents to the requested continuance.

At this time, the Parties do not feel that a Status Conference would be a necessary use of judicial resources, and therefore request that the status conference currently scheduled for March

30, 2017 and that the conference be continued until the end of April. The Parties are, however, ready to appear at the March 30, 2017 status conference should the Court prefer.

Respectfully submitted,

| | |
|---|---|
| **LINCARE INC. and LINCARE HOLDINGS INC.** | **SALLYJO ROBINS, KATHLEEN DUNLAP, GERMANO LIMA, and ROBERTO RABASSA** |
| By their attorneys, | By their attorneys, |
| /s/ Lawrence M. Kraus | /s/ Michael Tabb |
| Lawrence M. Kraus (BBO No. 564561) | Michael Tabb, BBO # 491310 |
| Michael J. Tuteur (BBO No. 543780) | matabb@greenellp.com |
| **FOLEY & LARDNER LLP** | Thomas M. Greene, BBO # 210020 |
| 111 Huntington Avenue | tgreene@greenellp.com |
| Boston, Massachusetts 02199 | **GREENE LLP** |
| Telephone: 617.342.4000 | One Liberty Square, 12th Floor |
| Fax: 617.342.4001 | Boston, MA 02109 |
| Email: lkraus@foley.com | (617) 261-0040 |
| Email: mtuteur@foley.com | |
| | Dated: March 28, 2017 |
| Dated: March 28, 2017 | **AND** |
| | Daniel C. Oliverio, Esq. |
| | John L. Sinatra, Jr., Esq. |
| | Reetuparna Dutta, Esq. |
| | *Admitted pro hac vice* |
| | **HODGSON RUSS LLP** |
| | The Guaranty Building |
| | 140 Pearl Street, Suite 100 |
| | Buffalo, New York 14202 |
| | 716-856-4000 |
| | Dated: March 28, 2017 |

4823-3978-0421.3

## **CERTIFICATE OF SERVICE**

I certify that, on March 28, 2017, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lawrence M. Kraus*
Lawrence M. Kraus
