UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBINS, et al., <br><br> Plaintiffs-Relators, <br><br> vs. <br><br> LINCARE INC., et al., <br><br> Defendants. | Civil Action No. 1:10-cv-12256-DPW |

**STIPULATION OF DISMISSAL**
**OF ALL CLAIMS AND PARTIES**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Relators SallyJo Robins, Kathleen Dunlap, Germano Lima, and Roberto Rabassa (collectively, "Relators"), and Defendants Lincare Inc. and Lincare Holdings Inc. hereby stipulate and agree to the dismissal with prejudice as to Relators of all claims, counts and causes of action asserted in this action, and the dismissal without prejudice as to the United States, with each party to bear its own respective fees and costs related hereto, all rights of appeal being waived.

A proposed form of Order is attached.

STIPULATED AND AGREED:

| | |
|---|---|
| RELATORS SALLYJO ROBINS, KATHLEEN DUNLAP, GERMANO LIMA, AND ROBERTO RABASSA | LINCARE INC. AND LINCARE HOLDINGS INC. |
| By their attorneys, | By their attorneys, |
| */s/ Thomas M. Greene* .<br>Thomas M. Greene (BBO No. 210020)<br>tgreene@greenellp.com<br>Michael Tabb (BBO No. 491310)<br>matabb@greenellp.com<br>**Greene LLP**<br>One Liberty Square, 12th Floor<br>Boston, Massachusetts 02109<br>Telephone: (617) 261-0040 | */s/ Lawrence M. Kraus* .<br>Michael J. Tuteur (BBO No. 543780)<br>Lawrence M. Kraus (BBO No. 564561)<br>**Foley & Lardner LLP**<br>111 Huntington Avenue<br>Boston, Massachusetts 02199<br>Telephone (617) 342-4000<br>Facsimile (617) 342-4001<br>Email: mtuteur@foley.com<br>Email: lkraus@foley.com |
| and | June 26, 2017 |
| */s/ Daniel C. Oliverio* .<br>Daniel C. Oliverio, Esq<br>John L. Sinatra, Jr., Esq.<br>Reetuparna Dutta, Esq.<br>*Admitted pro hac vice*<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202<br>Telephone: (716) 856-4000 | |
| June 26, 2017 | |

## **CERTIFICATE OF SERVICE**

I certify that, on June 26, 2017, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lawrence M. Kraus*
Lawrence M. Kraus

4825-2409-7605.9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBINS, et al., | |
| Plaintiffs-Relators, | Civil Action No. 1:10-cv-12256-DPW |
| vs. | |
| LINCARE INC., et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

After review and consideration of the Stipulation of Dismissal of All Claims and Parties and the United States' Consent thereto, it is **ORDERED AND ADJUDGED**:

1. The Stipulation of Dismissal of All Claims and Parties is approved by the Court.

2. All claims, counts and causes of action asserted in this action are dismissed with prejudice as to Relators SallyJo Robins, Kathleen Dunlap, Germano Lima, and Roberto Rabassa, and without prejudice as to the United States of America.

3. The Clerk is directed to close this case.

IT IS SO ORDERED,

This ___ day of _____, 2017.

_____
Douglas P. Woodlock
United States District Judge