# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* SALLYJO ROBINS, KATHLEEN DUNLAP, GERMANO LIMA, and ROBERTO RABASSA, <br><br>       Plaintiffs–Relators, <br><br> v. <br><br> LINCARE INC. and <br> LINCARE HOLDINGS, INC., <br><br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.1:10-CV-12256-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CONSENT TO DISMISSAL
## WITHOUT PREJUDICE TO THE UNITED STATES

The relators and Lincare Inc. and Lincare Holdings Inc. ("Lincare") have advised counsel for the United States of their intent to file a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) as to all claims alleged against Lincare in the above-captioned action. Pursuant to the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and contingent upon full payment to the United States of the amount provided for in the settlement agreement between the relators and Lincare, the United States of America hereby consents to the dismissal, with prejudice to the Relators and without prejudice to the United States, of the claims made against Lincare in the above-captioned action. The grounds for this consent is that the proposed

//
//
//
//

stipulation of dismissal is warranted by the facts and circumstances of this action as they are presently known to the United States.

Dated: June 26, 2017				Respectfully submitted,

						WILLIAM D. WEINREB
						Acting United States Attorney

					By:	/s/ George B. Henderson, II
						George B. Henderson, II (BBO #230185)
						Assistant U.S. Attorney
						John J. Moakley U.S. Courthouse, Suite 9200
						1 Courthouse Way
						Boston, MA 02210
						(617) 748-3100
						george.henderson2@usdoj.gov

Certificate of Service

I hereby certify that I caused a copy of the foregoing document to be served on counsel of record via the CM/ECF system. I also caused the foregoing document to be sent by e-mail mail (by agreement), to the following parties' counsel:

June 26, 2017					/s/ George B. Henderson, II
						George B. Henderson, II